IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| MAIN ST. PROPERTIES, LLC, | ) | |
| Petitioner/Intervenor | ) | |
| | ) | 8:10CV395 |
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| v. | ) | |
| LEE A. WEINSTEIN, | ) | |
| Defendant. | ) | |

    This matter is before the court on the court's own motion.  On October 15, 2010, a new case was filed and attorney Craig A. Knickrehm paid the filing fee of $350.00 electronically resulting in receipt number 1884358.   On October 20, 2010, Judge Lyle E. Strom entered an order directing the Clerk to delete all pleadings in case 8:10CV395 and file those pleadings in case 8:10CR103. As a result of Judge Strom's order, the filing fee for case 8:10CV395 should be refunded to attorney Craig A. Knickrehm.

    IT IS ORDERED that the Clerk should refund the $350.00 filing fee to attorney Craig A. Knickrehm via Pay.gov.

    DATED this 21st day of October, 2010.

    BY THE COURT:

    s/Joseph F. Bataillon
    Chief United States District Judge